1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    (OAKLAND DIVISION)

12

13 | GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al. | Case No.: C07-0869 MEJ

14 | | **STIPULATION**

15 |

16 |     Plaintiffs,
   v.

17 | NEIL JACKSON CONSTRUCTION, INC., et al.,

18 |

19 |     Defendants.

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                                          STIPULATION
                                                   Case No.: C07-0869 MEJ

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Gil Crosthwaite, Russ Burns, in their respective capacities as Trustees of the Operating Engineers Health and Welfare Trust Fund for Northern California, Pension Trust Fund for Operating Engineers, Pensioned Operating Engineers Health and Welfare Fund, Operating Engineers and participating Employers Pre-Apprenticeship, Apprentice and Journeyman Affirmative Action Training Fund, Operating Engineers Vacation and holiday Plan, Operating Engineers Contract Administration Trust Fund, Operating Engineers Market Preservation Trust Fund, Operating Engineers Industry Stabilization Trust Fund, Business Development Trust Fund and Heavy and Highway Committee, on the one hand, and Defendants Neil Jackson Construction, a California corporation and Neil Jeffery Jackson, individually, and each of them, on the other hand, that the Fifth Claim for Relief for Breach of Fiduciary Duty, be dismissed, with prejudice, as against said Defendants.

DATED: January 23, 2007          PLAINTIFFS

                                 By: _____

                                 Its: OEJTF-MS Collection Mgr


DATED: December ___, 2007        NEIL JACKSON CONSTRUCTION, a
                                 California corporation

                                 By: _____

                                 Its: President


DATED: December ___, 2007        By: _____
                                        NEIL JEFFERY JACKSON

The undersigned counsel have advised their clients regarding this stipulation and have approved it as to form.

DATED: January __, 2008

*[signature]*
STACEY JACKSON,
Attorney for Defendants

DATED: January __, 2008

GANZER & WILLIAMS

By: *[signature]*
JAMES E. GANZER,
Attorneys for Defendants

DATED: January __, 2008

SALTZMAN & JOHNSON LAW CORPORATION

By: *[signature]*
MICHELE R. STAFFORD
Attorneys for Plaintiffs

ORDER

The parties having so Stipulated:

IT IS HEREBY ORDERED that the Fifth Claim for Relief, Breach of Fiduciary Duty, be dismissed, with prejudice, as against all Defendants.

DATED: February 5, 2008

HONORABLE _____ JAMES
United States M___

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

J71:Jackson1.stip.order