| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 120 Howard Street, Suite 520 |
| 3 | San Francisco, CA 94105 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 (facsimile) |
| | mkaplan@sjlawcorp.com |
| 5 | mstafford@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,

    Plaintiffs,

    vs.

NEIL JACKSON CONSTRUCTION, INC. a California corporation; NEIL JEFFERY JACKSON, individually; and SURETY COMPANY OF THE PACAIFIC, a California Corporation,

    Defendants.

Case No. C 07-0869 MEJ

JUDGMENT PURSUANT TO STIPULATION

- - - - - - - - - - - - - - - - - - - - -

ORDER

IT IS HEREBY STIPULATED by and between the parties hereto that Judgment be entered in the within action in favor of the plaintiffs and against defendants Neil Jackson Construction, Inc., a California corporation, and Neil Jeffery Jackson, an individual, and each of them, in the sum of $116,880.87, consisting of the principal balance of $103,025.96 and liquidated damages of $13,854.91.

1. Payment shall be made to the Operating Engineers Trust Funds, and delivered to Michele R. Stafford, Saltzman & Johnson Law Corporation, 120 Howard Street, Suite 520, San Francisco, CA 94105 or to such other address as may be specified by plaintiffs.

2. Upon payment of the principal sum of $103,025.96, the liquidated damages of $13,854.91 will be waived.

3. In the event of the filing of a bankruptcy petition by either or both of the defendants, the parties agree that any payments made by defendants pursuant to the terms of this judgment, shall be deemed to have been made in the ordinary course of business as provided under 11 U.S.C. Section 547(c)(2) and shall not be claimed by defendants as a preference under 11 U.S.C. Section 547 or otherwise. Defendants nevertheless represent that no bankruptcy filing is anticipated.

4. Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this Agreement.

5. Defendants each represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in the analysis of this Agreement and the terms and conditions set forth herein, that they have read this Agreement with care and are fully

aware of and understand that they enter into this Agreement voluntarily.

6. This Agreement may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute together one and the same instrument.

DATED: 1/22/08

NEIL JACKSON CONSTRUCTION, INC.

By: _____
    NEIL JEFFERY JACKSON

DATED: 1/22/08

_____
NEIL JEFFERY JACKSON, individually

DATED:

OPERATING ENGINEERS LOCAL 3
TRUST FUNDS

_____
WAYNE E. McBRIDE

APPROVED AS TO FORM:

DATED: 1/22/08

~~HAKEEM, ELLIS & MARENGO~~

_____
STACEY A. JACKSON
Attorneys for Defendants

DATED: 1/22/08

GANZER & WILLIAMS

_____
JAMES E. GANZER

aware of and understand that they enter into this Agreement voluntarily.

6. This Agreement may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute together one and the same instrument.

DATED:                NEIL JACKSON CONSTRUCTION, INC.

By: _____
      NEIL JEFFERY JACKSON

DATED:

_____
NEIL JEFFERY JACKSON, individually

DATED: 1-11-08      OPERATING ENGINEERS LOCAL 3 TRUST FUNDS

*[signature]*
_____
WAYNE E. McBRIDE
Collections Manager

APPROVED AS TO FORM:

DATED:            HAKEEM, ELLIS & MARENGO

_____
STACEY A. JACKSON
Attorneys for Defendants

DATED:            GANZER & WILLIAMS

_____
JAMES E. GANZER

ORDER

IT IS SO ORDERED:

DATED: March 12, 2008



HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

J71:Jackson1.judgment